UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SING CHO NG,<br><br>                Plaintiff,<br><br>   v.<br><br>TERENCE K. WONG,<br><br>                Defendant. | CASE NO. 2:19-cv-01371-JLR<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable District Judge James L. Robart.

DATED this 30th day of August, 2019.

                                                        BRIAN A. TSUCHIDA
                                                        Chief United States Magistrate Judge