UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SING CHO NG,<br><br>                       Plaintiff,<br>     v.<br><br>TERENCE K. WONG, et al.,<br><br>                       Defendants. | CASE NO. C19-1371 JLR<br><br>ORDER GRANTING MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COURT'S ORDER TO SHOW CAUSE |

Before the court is Plaintiff Sing Cho Ng's motion for an extension of time to respond to the court's order to show cause regarding subject matter jurisdiction. (*See* Mot. (Dkt. # 8); *see also* OSC (Dkt. # 7).) The court GRANTS Plaintiff's motion (Dkt. # 8). Plaintiff must file a response to the court's order to show cause no later than

//

//

//

//

ORDER - 1

November 8, 2019.  The court DIRECTS the Clerk to mail a copy of this order to Mr. Ng. at P.O. Box 14551, Seattle, Washington 98114.

Dated this 4th day of October, 2019.

JAMES L. ROBART
United States District Judge