UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SING CHO NG,<br><br>                  Plaintiff,<br><br>   v.<br><br>TERENCE K. WONG, et al.,<br><br>                  Defendants. | CASE NO. C19-1371JLR<br><br>ORDER DISMISSING ACTION |

On September 24, 2019, the court ordered Plaintiff Sing Cho Ng to file a short and plain statement telling the court (1) why the court's jurisdiction is not precluded by the *Rooker-Feldman* doctrine; (2) why the government actors are not immune from Mr. Ng's claims; and (3) why this case is otherwise in the court's subject matter jurisdiction. (OSC (Dkt. # 7) at 6.) On November 4, 2019, Mr. Ng responded to the court's order to show cause by filing a motion for voluntary dismissal. (*See* Mot. (Dkt. # 10).) Mr. Ng failed to demonstrate the court's subject matter jurisdiction over his complaint and now seeks voluntary dismissal. (*See id.*) Accordingly, the court GRANTS his motion (Dkt # 10)

ORDER - 1

and dismisses this action without prejudice. The court DIRECTS the Clerk to close this matter.

Dated this 5th day of November, 2019.

JAMES L. ROBART
United States District Judge